

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-21-00058-CV

**DIAMOND ENVIRONMENTAL MANAGEMENT, L.P.;** Bexar County Emergency Service
District No. 5; and Bexar County Emergency Service District No. 10,
Appellants

v.

**CITY OF SAN ANTONIO, TEXAS,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-26125
Honorable Aaron Haas, Judge Presiding

## O R D E R

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Lori I. Valenzuela, Justice

On October 8, 2021, appellants Bexar County Emergency Services District No. 5 and
Bexar County Emergency Services District No. 10 filed a Motion to Reconsider Request for Oral
Argument. After consideration, the motion is denied.

It is so **ORDERED** on this 13th day of October, 2021.

PER CURIAM

ATTESTED TO: _____
ICHAEL A. CRUZ, Clerk of Court